

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-15-00794-CV

**IN RE NORTHFIELD INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

On December 15, 2015, relator filed a petition for writ of mandamus with an emergency motion for temporary relief. The court has considered relator's petition, the response filed on behalf of the real party in interest and relator's reply and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

The temporary emergency relief previously granted by this court on December 16, 2015, is LIFTED.

It is so **ORDERED** on April 27, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CVF-001419 D1, styled *A. Maldonado Co., Inc. d/b/a Maldonado Furniture and Agustin Maldonado Jr., Trustee of the Agustin Maldonado Jr. Revocable Trust v. Northfield Insurance Company and Executive Insurance Professionals, PLLC*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.